UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LEKEISHA HENRY                                                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:20-CV-353-DPJ-FKB

CITY OF MADISON, MISSISSIPPI, ET AL.                                          DEFENDANTS

FINAL JUDGMENT

As per this Court's Order [55] and Federal Rule of Procedure 58, final judgment is entered for Defendants. This case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE